**No. 09-11159. Donald Ray Young, Petitioner v. United States.**

562 U.S. 1043, 131 S. Ct. 594, 178 L. Ed. 2d 434, 2010 U.S. LEXIS 8867.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 368 Fed. Appx. 680.

**No. 09-11257. Gregory Dew, Petitioner v. Ohio.**

562 U.S. 1043, 131 S. Ct. 594, 178 L. Ed. 2d 434, 2010 U.S. LEXIS 8906.

November 15, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Mahoning County, denied.

**No. 09-11474. Curtis Robert Williams, Petitioner v. United States.**

562 U.S. 1044, 131 S. Ct. 595, 178 L. Ed. 2d 434, 2010 U.S. LEXIS 8864.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 592 F.3d 511.

**No. 10-31. Ana Boatwright, Warden, Petitioner v. Elliot D. Ray.**

562 U.S. 1044, 131 S. Ct. 595, 178 L. Ed. 2d 434, 2010 U.S. LEXIS 8983.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 592 F.3d 793.

**No. 10-58. Mark Edw. Andrews, Petitioner v. D. Douglas Howard, Jr.**

562 U.S. 1044, 131 S. Ct. 595, 178 L. Ed. 2d 434, 2010 U.S. LEXIS 8993.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 599 F.3d 455.

**No. 10-176. Tracey Young, Petitioner v. Louisiana.**

562 U.S. 1044, 131 S. Ct. 597, 178 L. Ed. 2d 434, 2010 U.S. LEXIS 8859.

November 15, 2010. Petition for writ of certiorari to the Supreme Court of Louisiana denied.

Same case below, 35 So. 3d 1042.